APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES, ex rel
GARY CRESSMAN

V.

SOLID WASTE SERVICES, INC. DBA
J. P. MASCARO & SONS

Civil Action
No: 13-cv-5693

**FILED**
OCT 26 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, Solid Waste Services, Inc. d/b/a J. P. Mascaro & Sons, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

October 23, 2015
Date

Signature
William F. Fox, Jr., Esq.
Counsel for: Defendant

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
   (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
   (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2) promptly file a supplemental statement if any required information changes.