UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, *ex rel* <br> GARY CRESSMAN, <br>     *Plaintiff/Relator* <br><br> v. <br><br> SOLID WASTE SERVICES, INC. d/b/a <br> J. P. MASCARO & SONS, <br>     *Defendant* | CIVIL ACTION NO. 13-CV-5693 |

## CERTIFICATE OF SERVICE

    I hereby certify that on November 2, 2015, I electronically filed the foregoing Rule 26 Disclosures of Defendant, Solid Waste Services, Inc. d/b/a J. P. Mascaro & Sons, in regard to the above-captioned matter and said document is available for viewing and downloading from the Electronic Case Filing System. The said document was also served on November 2, 2015 upon the following persons:

*Via First Class Mail:*

    Susan R. Becker
    Gregory B. David
    Assistant United States Attorneys
    615 Chestnut Street, Suite 1250
    Philadelphia, PA  19106

*Via First Class Mail:*

    Alphonso Arnold, Jr., Esquire
    114 Walnut Street, Suite 2-3
    Harrisburg, PA  17101-1626

*and Email:*    alphonsoarnoldjrlaw@mail.com

    *Attorney for Plaintiff/Relator*

Date:  November 2, 2015

    *s/William F. Fox, Jr.*
    William F. Fox, Jr., Esquire
    PA Attorney I.D. No. 21361
    bill.fox@jpmascaro.com
    2650 Audubon Road
    Audubon, PA  19403
    484-398-6500
    *Counsel for Defendant*