IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GARY CRESSMAN<br>*Plaintiff/Relator*<br><br>v.<br><br>SOLID WASTE SERVICES, INC., t/d/b/a J.P. MASCARO & SONS<br>*Defendant* | CIVIL ACTION<br><br>NO. 13-5693 |

## ORDER

**AND NOW**, this 6th day of April 2018, upon consideration of the *motion for summary judgment*, filed by Defendant Solid Waste Services, Inc., t/d/b/a J.P. Mascaro & Sons ("Defendant"), [ECF 82], the response in opposition thereto filed by Plaintiff Gary Cressman ("Plaintiff"), [ECF 93, 94], and the *motion for summary judgment* filed by Plaintiff, [ECF 91], and the response in opposition thereto filed by Defendant, [ECF 92], it is hereby **ORDERED** that, for the reasons set forth in the Memorandum Opinion of this day, Defendant's motion for summary judgment, [ECF 82], is **GRANTED**, and Plaintiff's motion for summary judgment, [ECF 91], is **DENIED**.

It is further **ORDERED** that **JUDGMENT** is hereby entered in favor of Defendant Solid Waste Services, Inc., t/d/b/a J.P. Mascaro & Sons and against Plaintiff Gary Cressman.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*